# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00037-CV

**Stephen N. Lisson, Appellant**

**v.**

**Mary Padgett, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 282,786, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Stephen N. Lisson's brief was due on June 9, 2008. On December 15, 2008, this Court notified Lisson that his brief was overdue and that his failure to file a proper motion for extension of time by December 29, 2008, would result in the dismissal of his appeal for want of prosecution. To date, Lisson has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed: February 5, 2009